UNITED EMPLOYEES LAW GROUP, P.C.
Walter L. Haines, Esq.  SBN 71075
Steven D. Waisbren, Esq.  SBN  116315
*swaisbren@unitedemployeesgroup.com*
65 Pine Ave., Suite 312
Long Beach, California  90802
Tel:  (562) 256-1047
Fax:  (562) 256-1006

Attorneys for Plaintiff Glen Ross

HOPE ANNE CASE (State Bar No. 157089)
*hope.case@dlapiper.com*
AMY E. BECKSTEAD (State Bar No. 216422)
*amy.beckstead@dlapiper.com*
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendants
SGS TESTCOM, INC., DENNIS DAYRIT, and
BILL GIBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLEN ROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SGS TESTCOM, INC., a New York corporation doing business in California; DENNIS DAYRIT, an individual; BILL GIBSON, an individual; and DOES 1-25,<br><br>　　　　　Defendant(s). | CASE NO.  2:08-CV-00206-LKK-GGH<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) CONTINGENT UPON SELECTION OF KENNETH MENNEMEIER AS THE VDRP NEUTRAL AND ORDER THEREON**<br><br>DATE: April 7, 2008<br>TIME: 3:30 p.m.<br>COURTROOM: 4 |

**STIPULATION TO ELECT REFERRAL TO VDRP CONTINGENT UPON SELECTION**

**OF KENNETH MENNEMEIER AS THE VDRP NEUTRAL:**

Pursuant to Local Rule 16-271(e), Plaintiff Glen Ross and Defendants SGS Testcom, Inc.,

PDF created with pdfFactory trial version www.pdffactory.com

Dennis Dayrit, and Bill Gibson hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program, contingent upon Mr. Kenneth Mennemeier being selected as the VDRP Neutral. The parties have confirmed Mr. Mennemeier's continued participation as a VDRP Neutral and that he has no conflicts in acting as a Neutral to this dispute. The parties and Mr. Mennemeier are in the process of selecting a date for the completion of the VDRP process, which is expected to be completed within three months. Within fourteen days of completion of the VDRP process, the parties shall file with the Court a joint VDRP Completion Report.

IT IS SO STIPULATED.

Dated: March 28, 2008                UNITED EMPLOYEES LAW GROUP, P.C.


By _____/s/_____
    STEVEN WAISBREN
    Attorneys for Plaintiff, GLEN ROSS


Dated: March 28, 2008

DLA PIPER US LLP


By _____/s/_____
    HOPE ANNE CASE
    AMY E. BECKSTEAD
    Attorneys for Defendants
    SGS TESTCOM, INC., DENNIS DAYRIT,
    and BILL GIBSON

GT\6565464.1
576675-28

-2-

STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP CONTINGENT UPON
SELECTION OF KENNETH MENNEMEIER AS VDRP NEUTRAL; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER:**

Based upon the parties' stipulation, the Court orders that the parties submit to the Voluntary Dispute Resolution Program before Mr. Kenneth Mennemeier on or before July 9, 2008 and file with the Court a joint VDRP Completion Report within fourteen days of completion of the VDRP process.

IT IS SO ORDERED.

DATED: March 31, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DLA Piper US LLP

GT\6565464.1
576675-28

-3-

STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP CONTINGENT UPON
SELECTION OF KENNETH MENNEMEIER AS VDRP NEUTRAL; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com